# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

Robert P. Young, Jr.,
Chief Justice

147860(96)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

THE SERVICE SOURCE, INC. and THE
SERVICE SOURCE FRANCHISE, LLC,
          Plaintiffs-Appellees,

SC: 147860
COA: 301013
Lenawee CC: 09-003258-CK

v

DHL EXPRESS (USA), INC.,
          Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration is considered, and it is DENIED.


BERNSTEIN, J., not participating.




I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015

